Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

ALICE LOUISE SNEDDON

CASE NO: 09-70277-HDH-13
HEARING DATE:  2/17/2010
HEARING TIME:  11:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2009-03 and would respectively show unto to the Court as follows:

## I.
## OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 011 0 U | ADVANCE AMERICA | $423.75 | 012 0 U | AFNI | $350.00 |
| 013 0 U | ARIZONA MAIL ORDER CO | $104.00 | 014 0 U | AAROW FINANCIAL SERVICES | $628.00 |
| 015 0 U | ARROW FINANCIAL SERVICES | $335.79 | 016 0 U | ARROW FINANCIAL SERVICES | $622.41 |
| 018 0 U | ASSOCIATES CITIBANK | $1,150.00 | 019 0 U | CITIFINANCIAL | $109,872.00 |
| 020 0 U | COLLECT RITE | $480.00 | 022 0 U | CREDIT COLLECTION SERVICES | $200.32 |
| 023 0 U | CREDIT COLLECTION SERVICES | $105.74 | 024 0 U | CREDIT MANAGEMENT | $396.00 |
| 025 0 U | CREDIT SYSTEMS INTERNATIONAL | $41.00 | 026 0 U | EASTERN CREDIT CORP. | $146.00 |
| 027 0 U | EASTERN CREDIT CORP. | $9.00 | 028 0 U | EASTERN COLLECTION CORPORATION | $116.26 |
| 029 0 U | ESM ENTERPRISES | $790.00 | 034 0 U | FIRST NATIONAL COLLECTION BUREAU INC | $1,112.96 |
| 036 0 U | JEFFERSON CAPITAL SYSTEMS LLC | $576.00 | 037 0 U | LANE BRYANT | $682.00 |
| 038 0 U | MERCHANTS CREDIT | $329.00 | 040 0 U | MIDLAND CREDIT MANAGEMENT | $1,113.00 |
| 041 0 U | MIDLAND CREDIT MANAGEMENT | $337.00 | 043 0 U | NATIONAL CREDIT ADJUSTERS | $579.00 |
| 044 0 U | NATIONAL RECOVERY AGENCY | $95.00 | 045 0 U | NCP FINANCE LIMITED PARTNERSHIP | $421.59 |
| 047 0 U | PORTFOLIO RECOVERY ASSOCIATION | $788.00 | 049 0 U | PROGRESSIVE DEBT RELIEF | $2,800.00 |
| 052 0 U | THE CASH STORE | $361.35 | 055 0 U | TXU ENERGY | $517.00 |
| 056 0 U | TXU ENERGY | $517.00 | 060 0 U | WICHITA FURNITURE SALES & RENT | $581.00 |

## II.
## SPECIFIC OBJECTIONS

No Objections

## III.
## TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 * | WELLSHIRE FINANCIAL SERVICES | 2002 BUICK CENTURY -- NO CLAIM FILED. | $4,500.00 | 10.00% | 41 | $90.32 PAID BY TRUSTEE |
| | No payments will be made unless a proof of claim is filed. Extended term from 24 to 41 months. See modification below. | | | | | | |

| Clm# | | Creditor | Description | Amount | Value | Rate | Mo | Payment |
|---|---|---|---|---|---|---|---|---|
| 009 | 0 | WICHITA COUNTY | 09 PROPERTY TAXES | $802.00 | $68,561.00 | | | PD DIRECT BY DEBTOR |
| 010 | 0 | FREEDOM FINANCIAL | HOMESTEAD | $0.00 | $68,561.00 | | | PD DIRECT BY DEBTOR |
| 035 | 0 * | INTEGRITY TEXAS FUNDING | 2002 BUICK | $1,604.06 | $1,604.06 | 8.00% | 41 | $57.94 PAID BY TRUSTEE |
| | | Debt provided unsecured, but claim filed secured. See modification below. | | | | | | |
| 064 | 0 * | CITY VIEW INDEPENDENT SCHOOL DIST | 07 PROPERTY TAXES/CITY VIEW ISD | $527.16 | $527.16 | 12.00% | 41 | $20.72 PAID BY TRUSTEE |
| | | Not provided for in confirmed plan. See modification below. | | | | | | |
| 065 | 0 * | CITY VIEW INDEPENDENT SCHOOL DIST | 09 PROPERTY TAXES/CITY VIEW ISD | $823.00 | $68,561.00 | | | PD DIRECT BY DEBTOR |
| | | Not provided for in confirmed plan. See modification below. | | | | | | |
| 066 | 0 * | WICHITA COUNTY WATER IMPR | 08 PROPERTY TAXES | $18.29 | $68,561.00 | 12.00% | 41 | $0.72 PAID BY TRUSTEE |
| | | Not provided for in confirmed plan. See modification below. | | | | | | |
| 066 | 1 * | WICHITA COUNTY WATER IMPR | 09 PROPERTY TAXES | $17.00 | $68,561.00 | | | PD DIRECT BY DEBTOR |
| | | Not provided for in confirmed plan. See modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 017 0 U | ASSET ACCEPTANCE | $1,066.46 | 021 0 U | COUNTRY DOOR | $159.68 |
| | PURCHASES/LANE BRYANT WFNNB | | | PURCHASES | |
| 030 0 U | ROUNDUP FUNDING LLC | $579.42 | 031 0 U | FELLHAUER MORRIS VETERINARY CLINIC | $144.44 |
| | SERVICES/EZ CORP | | | SERVICES | |
| 032 0 U | FERGUSON VERESH | $817.76 | 033 0 U | PRA RECEIVABLES MANAGEMENT | $721.12 |
| | SERVICES | | | PURCHASES/CREDIT ONE | |
| 039 0 U | MIDLAND CREDIT MANAGEMENT | $1,131.98 | 042 0 U | MONROE & MAIN | $329.19 |
| | PURCHASES | | | PURCHASES | |
| 046 0 U | NATIONWIDE CREDIT SERVICE LLC | $6,845.73 | 050 0 U | JEFFERSON CAPITAL SYSTEMS LLC | $576.67 |
| | SERVICES | | | PURCHASES/SALUTE VISA GOLD | |
| 051 0 U | SEVENTH AVENUE | $450.98 | 053 0 U | COTTONWOOD FINANCIAL TEXAS LP | $843.03 |
| | PURCHASES | | | SERVICES | |
| 058 0 U | WESTERN SHAMROCK CORPORATION | $1,075.32 | 059 0 U | WESTERN SHAMROCK CORPORATION | $537.18 |
| | SERVICES | | | LOAN | |
| 075 0 U * | GINNYS | $623.57 | | | |
| | PURCHASES -- NOT PROVIDED FOR IN PLAN | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2009-03 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

All creditors shall be treated over 41 months. Debtors plan shall extend from 36 to 41 months.
Debtor shall pay $201 per month beginning July 2009 for a total base of $8,241.00
The secured claim by Integrity TX Funding for $1,604.06 shall be valued at $1,604.06 and paiid through the plan at 8% interest over 41 months with a payment of $57.94 per month.
The secured claim by City View ISD for $527.16 shall be valued at $527.16 and paid through the plan at 12% interest over 41 months with a payment of $20.72 per month.
The secured claim by City View ISD for $823 shall be valued at $68,561 and paid direct.
The secured claim by Wichita County Water Improvement District for $35.29 shall be valued at $68,561 and treated as follows: The portion for 2008 taxes in the amount of $18.29 sahll be paid through the plan at 12% interest over 41 months with a payment of $.72 per month. The portion for 2009 taxes in the amount of $17.00 shall be paid direct.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 2/17/2010 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2009-03 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   1/8/2010                                                                              /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
AAROW FINANCIAL SERVICES 5996 W TOUHY AVE  NILES IL 60714
ADVANCE AMERICA 1706 9TH ST  WICHITA FALLS TX 76301
AFNI PO BOX 3097  BLOOMINGTON IL 61702
ALICE LOUISE SNEDDON 1024 WELLINGTON LN  WICHITA FALLS TX 76305
ARIZONA MAIL ORDER CO PO BOX 28897  TUCSON AZ 85726
ARROW FINANCIAL SERVICES 21031 NETWORK PLACE  CHICAGO IL 60678
ASSET ACCEPTANCE PO BOX 2036  WARREN MI 48090
ASSOCIATES CITIBANK ATTN CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY MO 64195
CITIFINANCIAL PO BOX 499  HANOVER MD 21076
CITY OF WICHITA FALLS, WF ISD AND COUNTY C/O PERDUE BRANDON FIELDER COLLINS & MOT PO BOX 8188 WICHITA FALLS TX 76307
CITY VIEW INDEPENDENT SCHOOL DISTRICT 1025 CITY VIEW LANE  WICHITA FALLS TX 76306
COLLECT RITE PO BOX 1928  LAS CRUCES NM 88004
COTTONWOOD FINANCIAL 1901 GATEWAY DRIVE SUITE 200  IRVING TX 75038
COTTONWOOD FINANCIAL TEXAS LP 1901 GATEWAY DRIVE SUITE 200  IRVING TX 75038
COUNTRY DOOR C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
COUNTRY DOOR PO BOX 2830  MONROE WI 53566
CREDIT COLLECTION SERVICES TWO WELLS AVE DEPT 9136  NEWTON CENTER MA 02459
CREDIT MANAGEMENT 4200 INTERNATIONAL PKWY  CARROLLTON TX 75007
CREDIT SYSTEMS INTERNATIONAL 725 S WELLS STREET STE 501  CHICAGO IL 60607
EASTERN COLLECTION CORPORATION PO BOX 453  BOHEMIA NY 11716
EASTERN CREDIT CORP. 1626 LOCUST AVENUE  BOHEMIA NY 11716
ESM ENTERPRISES PO BOX 11128  PENSACOLA FL 32524
EZ MONEY LOAN SVCS 3210 MIDWESTERN PKWY  WICHITA FALLS TX 76308
FELLHAUER MORRIS VETERINARY CLINIC 202 VALLEY VIEW RD AT LOOP 11  WICHITA FALLS TX 76306
FERGUSON VERESH 703 E SCOTT  WICHITA FALLS TX 76301
FIRST NATIONAL BANK OF MARIN CUSTOMER SERVICE PO BOX 98873 LAS VEGAS NV 89193
FIRST NATIONAL COLLECTION BUREAU INC 610 WALTHAM WAY  SPARKS NV 89434
FREEDOM FINANCIAL 7700 WEST PARMER LANE BUILDING D AUSTIN TX 78729
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131
GINNYS C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
INTEGRITY TEXAS FUNDING 3440 PRESTON RIDGE ROAD SUITE 500 ALPHARETTA GA 30005
INTEGRITY TEXAS FUNDING LP 84 VILLA ROAD  GREENVILLE SC 29615
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75242
JEFFERSON CAPITAL SYSTEMS LLC 16 MCLELAND ROAD  ST CLOUD MN 56303
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
LANE BRYANT PO BOX 182125  COLUMBUS OH 43218
MCCALLA RAYMER ET AL BANKRUPTCY DEPARTMENT 1544 OLD ALABAMA ROAD ROSWELL GA 30076
MERCHANTS CREDIT 223 W JACKSON ST  CHICAGO IL 60606
MIDLAND CREDIT MANAGEMENT 8875 AERO DRIVE SUITE 200  SAN DIEGO CA 92123
MONROE & MAIN 1112 7TH AVE  MONROE WI 53566
MONROE & MAIN C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
NATIONAL CREDIT ADJUSTERS PO BOX 3023  HUTCHINSON KS 67504
NATIONAL RECOVERY AGENCY 2491 PAXTON ST  HARRISBURG PA 17111
NATIONWIDE CREDIT SERVICE LLC PO BOX 1787  LONGVIEW WA 98632
NCP FINANCE LIMITED PARTNERSHIP 100 EAST THIRD STREET 5TH FLOOR DAYTON OH 45402
NCS CORP PO BOX 1787 1340 12TH AVENUE LONGVIEW WA 98632
PORTFOLIO RECOVERY ASSOCIATES PO BOX 41067  NORFOLK VA 23541
PORTFOLIO RECOVERY ASSOCIATION 120 CORPORATE BLVD STE 100  NORFOLK VA 23502
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
PROGRESSIVE DEBT RELIEF 5703 RED BUG LAKE RD STE 283 WINTER SPRINGS FL 32708
ROUNDUP FUNDING LLC PO BOX 91121 MS 550 SEATTLE WA 98111
SALUTE PO BOX 105374  ATLANTA GA 30348
SEVENTH AVENUE C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
SEVENTH AVENUE PO BOX 2804  MONROE WI 53566
THE CASH STORE 3900 SHEPPARD ACCESS ROAD  WICHITA FALLS TX 76308
TXU ENERGY ATTN  COLLECTIONS PO BOX 666565 DALLAS TX 75266
TXU ENERGY RETAIL COMPANY LP PO BOX 650393 C/O BANKRUPTCY DEPT DALLAS TX 75265
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLSHIRE FINANCIAL SERVICES 3310 KEMP BLVD  WICHITA FALLS TX 76308
WESTERN SHAMROCK CORPORATION ATTENTION BANKRUPTCY 801 S ABE ST SAN ANGELO TX 76903
```

WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WICHITA COUNTY WATER IMPROVEMENT DISTRICT 2 402 E SCOTT WICHITA FALLS TX 76301
WICHITA FURNITURE SALES & RENT 1000 INDIANA STREET  WICHITA FALLS TX 76301
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242